# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| AMIT AZOULAY, IDIT AZOULAY AND ASSAF LAVON | : | No. 586 EAL 2018 |
| | : | |
| | : | |
| | : | Cross Petition for Allowance of Appeal |
| v. | : | from the Order of the Commonwealth |
| | : | Court |
| | : | |
| PHILADELPHIA ZONING BOARD OF ADJUSTMENT, CITY OF PHILADELPHIA, HILLCREST PRESERVATION ALLIANCE, LLC, AND FRIENDS OF THE WISSAHICKON | : | |
| | : | |
| PETITION OF: AMIT AZOULAY, IDIT AZOULAY AND ASSAF LAVON | : | |
| | | |
| AMIT AZOULAY, IDIT AZOULAY AND ASSAF LAVON | : | No. 587 EAL 2018 |
| | : | |
| | : | |
| | : | Cross Petition for Allowance of Appeal |
| v. | : | from the Order of the Commonwealth |
| | : | Court |
| | : | |
| PHILADELPHIA ZONING BOARD OF ADJUSTMENT, CITY OF PHILADELPHIA, HILLCREST PRESERVATION ALLIANCE, LLC, AND FRIENDS OF THE WISSAHICKON | : | |
| | : | |
| PETITION OF: AMIT AZOULAY, IDIT AZOULAY AND ASSAF LAVON | : | |

## ORDER


**PER CURIAM**

**AND NOW**, this 30th day of May, 2019, the Cross Petition for Allowance of Appeal is **DENIED**.